Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PINK LOTUS ENTERTAINMENT, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOES 1-46, ) <br> ) <br> Defendants. ) <br> ) | No. C-11-02263 HRL <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO ALL DOE DEFENDANTS EXCEPT DOE DEFENDANT SELF IDENTIFIED AS "YOLANDA P" AND ASSOCIATED WITH THE IP ADDRESS 67.187.241.213** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO ALL DOE DEFENDANTS EXCEPT DOE DEFENDANT SELF IDENTIFIED AS "YOLANDA P" AND ASSOCIATED WITH THE IP ADDRESS 67.187.241.213**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses all claims without prejudice brought in this action against all Doe Defendants in this case *except* for the Doe Defendant associated with the Internet Protocol ("IP") address 67.181.241.213, and also associated with the Movant self identified as "Yolanda P" who filed the Motion of Nonparty to Quash or Vacate Supoena (*sic*) (ECF No. 12) pending in this case. In other words, Plaintiff hereby voluntarily dismisses forty-five Doe Defendants in this matter without prejudice, which only leaves a single Doe Defendant associated with IP address 67.181.241.213 through his or her infringement activities using that IP address.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the remaining Doe Defendants, other than the Doe Defendant associated with IP address 67.181.241.213 and the Motion referenced above, have neither filed answers to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal the other 45 Doe Defendants under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate. Inclusive of this dismissal, the other 45 Doe Defendants have hereby been dismissed from this action without prejudice.

At this point, therefore, for further clarity, this action is now essentially Pink Lotus Entertainment, LLC v. Doe Defendant Associated with IP Address 67.181.241.213. Movant Yolanda P's Motion to Quash, and the Response thereto are still pending before this Court for a decision. A hearing on that Motion to Quash is scheduled for October 11, 2011 at 10:00 a.m. in Courtroom 2 of the San Jose Federal Courthouse. (*See* ECF No. 18).

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: September 27, 2011**

By:       /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 27, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                      /s/ Brett L. Gibbs
                                                     Brett L. Gibbs, Esq.