**\*\* E-filed October 3, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PINK LOTUS ENTERTAINMENT LLC, | No. C11-02263 HRL |
| Plaintiff, | **CLERK'S NOTICE CONTINUING MOTION TO QUASH HEARING** |
| v. | |
| DOES 1-46, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT, due to the judge's unavailability, the Motion to Quash hearing, currently set for October 11, 2011, has been continued to **November 15, 2011 at 10:00 a.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

Dated: October 3, 2011

                                        /s/ AJM
                                  Chambers of Magistrate Judge Howard R. Lloyd

**C11-02263 HRL N**otice will be electronically mailed to:

Brett Gibbs          blgibbs@wefightpiracy.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**