1 | James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
2 | PERKINS COIE LLP
3150 Porter Drive
3 | Palo Alto, CA  94304-1212
Telephone:  650.838.4300
4 | Facsimile:  650.838.4350

5 | Attorneys for Yolanda P,
Purported IP Address
6 | 67.181.241.213

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PINK LOTUS ENTERTAINMENT LLC,, | Case No. 5:11-CV-02263-HRL |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| DOE DEFENDANT ASSOCIATED WITH IP ADDRESS 67.181.241.213, | |
| Defendant. | |

PLEASE TAKE NOTICE that James C. Pistorino of the law firm Perkins Coie LLP hereby appears as counsel of record on behalf of Yolanda P, Purported IP Address 67.181.241.213 in this matter and consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court and requests that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

    James C. Pistorino
    Perkins Coie LLP
    3150 Porter Drive
    Palo Alto, CA 94304
    Telephone: (650) 838-4300
    Facsimile: (650) 838-4350

1 | Email: jpistorino@perkinscoie.com
2 |
3 |
4 | DATED: October 5, 2011                    **PERKINS COIE LLP**
5 |
                                              By:    /s/ James C. Pistorino
6 |                                                  James C. Pistorino, Bar No. 226496
                                                     JPistorino@perkinscoie.com
7 |                                                  Attorneys for Yolanda P,
                                                     Purported IP Address
8 |                                                  67.181.241.213